**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAVERN CHARGLES FASTHORSE, OGLALA SIOUX, JACOB LEE LEWIS, MOAPA PAIUTE, WILLIAM JASON VARESCHI and SHUSWAP CANOE CREEK,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA and SHERIFF OF CLARK COUNTY,<br><br>Defendants. | Case No. 2:16-CV-01609-APG-GWF<br><br>**ORDER** |

On July 7, 2016, the court received the plaintiffs' civil rights complaint. ECF No. 1-1. Plaintiffs did not file applications to proceed in forma pauperis and they did not pay the filing fee. The court will retain the plaintiffs' civil rights complaint but will not take further action until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the clerk of the court must send the plaintiffs the approved form application to proceed without prepayment of fees.

IT IS FURTHER ORDERED that by September 16, 2016, the plaintiffs must either: (1) file fully complete applications to proceed without prepayment of fees, or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the plaintiffs' failure to timely comply with this order may result in this case being dismissed without prejudice.

IT IS FURTHER ORDERED that the plaintiffs shall file a certificate of interested parties as required by Local Rule 7.1-1 by September 16, 2016.

DATED this 4th day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE