**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAVERN CHARGLES FASTHORSE, OGLALA SIOUX, JACOB LEE LEWIS, MOAPA PAIUTE, WILLIAM JASON VARESCHI and SHUSWAP CANOE CREEK,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA and SHERIFF OF CLARK COUNTY,<br><br>Defendants. | Case No. 2:16-CV-01609-APG-GWF<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On July 7, 2016, the court received the plaintiffs' civil rights complaint. ECF No. 1-1. Plaintiffs did not file applications to proceed in forma pauperis and they did not pay the filing fee. The court advised the plaintiffs that it would retain their civil rights complaint but would not take further action until the matter of the payment of the filing fee is resolved. ECF No. 3. I advised the plaintiffs that failure to comply with the order may result in the case being dismissed without prejudice. I also directed the plaintiffs to file a certificate of interested parties.

The plaintiffs responded with reference to various treaties and proclamations, but without paying the filing fee or filling out the application to proceed in forma pauperis. ECF No. 4. The plaintiffs also did not file a certificate of interested parties.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

DATED this 6th ay of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE